**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| 4 West Holdings, Inc. *et al.*, | § § | Case No. 18-30777 |
| Debtors. | § § § § | (Joint Administration Requested) |

**NOTICE OF APPEARANCE**

Please take notice that the following attorneys hereby enter an appearance as counsel of record in the above-captioned case for OHI Asset RO, LLC, and request that all notices given or required to be given, and all papers served or required to be served in the case, be given to and served upon:

Keith M. Aurzada (TX Bar No. 24009880)
Michael P. Cooley (TX Bar No. 24034388)
Mark Duedall (admission *pro hac vice* pending)
Leah Fiorenza McNeill (admission *pro hac vice* pending)
David Unseth (admission *pro hac vice* pending)
**BRYAN CAVE LLP**
2200 Ross Avenue
Suite 3300
Dallas, TX 75201
T:  214.721.8000
F:  214.721.8100
keith.aurzada@bryancave.com
michael.cooley@bryancave.com
mark.duedall@bryancave.com
leah.fiorenza@bryancave.com
dmunseth@bryancave.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or

informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, OHI Asset RO, LLC, requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

OHI Asset RO, LLC additionally requests that the Debtor and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Respectfully submitted this 6th day of March, 2018.

        **BRYAN CAVE LLP**

        By: */s/ Michael Cooley*
            Keith Aurzada (TX Bar No. 24009880)
            Michael Cooley (TX Bar No. 24034388)
        JP Morgan Chase Tower
        2200 Ross Avenue, Suite 3300
        Dallas, TX 75201
        T: 214.721.8000
        F: 214.721.8100
        keith.aurzada@bryancave.com
        michael.cooley@bryancave.com

        **Attorneys for OHI Asset RO, LLC, and its affiliates**

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, a copy of the foregoing was served via the Court's EM/ECF electronic system to all parties consenting to service through same.

        */s/ Michael Cooley*
            Michael Cooley