| | |
|---|---|
| Deborah M. Perry | Robert Lapowsky |
| Texas Bar No. 24002755 | Pennsylvania Bar No. 30991 |
| MUNSCH HARDT KOPF & HARR, P.C. | STEVENS & LEE |
| 500 N. Akard Street, Suite 3800 | 620 Freedom Business Center, Suite 200 |
| Dallas, Texas 75201 | King of Prussia, PA 19406 |
| Telephone: (214) 855-7500 | Telephone: (215) 751-2866 |
| Facsimile: (214) 855-7584 | Facsimile: (610) 371-7958 |
| E-mail:  dperry@munsch.com | E-mail: rl@stevenslee.com |

*Attorneys for Healthcare Services Group, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 WEST HOLDINGS, INC., *et al.*, | § | Case No. 18-30777 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to sections 102(1), 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007 and 9010, the undersigned appear as counsel for Healthcare Services Group, Inc. ("HSG"), a creditor and party-in-interest, and request that all notices given or required to be served in this case be served upon the following persons at the following addresses and that such persons be added to the mailing matrix in the above-referenced case.  Stevens & Lee and Munsch Hardt Kopf & Harr, P.C. hereby authorize and agree to accept service via e-mail.  All such notices should be addressed as follows:

**NOTICE OF APPEARANCE – Page 1**

    Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

and

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (215) 751-2866
Facsimile: (610) 371-7958
E-mail: rl@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the request set forth above includes the notices and all other papers mentioned or described in Bankruptcy Rules 2002, 3017(a) and 9010(b) and the Bankruptcy Rules referenced or incorporated in Bankruptcy Rules 2002, 3017(a) and 9010(b) and also includes, without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, overnight delivery, messenger, telephone, facsimile, e-mail or otherwise filed or made with regard to the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of HSG: (1) to have final orders in noncore matters entered only after de novo review by a United States District Judge; (2) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contest jurisdiction or appropriate venue in any case, controversy, or proceeding related to this case; or (5) of any other rights, claims, actions, defenses, setoffs, or recoupments to which HSG is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments HSG expressly reserves. This Notice of Appearance and Request for Service of Papers is not, and shall not be construed to be, a consent of HSG pursuant to 28 U.S.C. § 157(c)(2).

Dated: March 7, 2018               MUNSCH HARDT KOPF & HARR, P.C.

                                   By: /s/ Deborah M. Perry
                                       Deborah M. Perry
                                       Texas Bar No. 24002755
                                       500 N. Akard Street, Suite 3800
                                       Dallas, Texas 75201-6659
                                       Telephone: (214) 855-7500
                                       Facsimile: (214) 855-7584
                                       E-mail: dperry@munsch.com

                                       and

STEVENS & LEE  
Robert Lapowsky  
Pennsylvania Bar No. 30991  
620 Freedom Business Center, Suite 200  
King of Prussia, PA  19406  
Telephone: (215) 751-2866  
Facsimile: (610) 371-7958  
E-mail: rl@stevenslee.com  

ATTORNEYS FOR HEALTHCARE  
SERVICES GROUP, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of March 2018, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case.

/s/ Deborah M. Perry
Deborah M. Perry