IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 4 WEST HOLDINGS, INC., *et al.* | § | CASE NO. 18-30777 |
| | § | (Joint Administration Requested) |
| DEBTORS. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel for SC-GA 2018 Partners, LLC and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notice given in the above-captioned case and all papers served or required to be served in the above-captioned case, and any cases consolidated therewith, be given to and served upon the undersigned attorney, at the address set forth below:

James P. Muenker
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
jmuenker@neliganlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes no only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, order and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone or otherwise.

87297v.1

Dated: March 7, 2018

Respectfully submitted,

**NELIGAN LLP**

 */s/ James P. Muenker*
James P. Muenker
Texas State Bar No. 24002659
jmuenker@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**COUNSEL FOR SC-GA 2018 PARTNERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via this Court's ECF notification system.

 */s/ James P. Muenker*
James P. Muenker