**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 WEST HOLDINGS, INC., *et al.*, | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Sterling National Bank, gives notice of appearance by the undersigned counsel appearing on its behalf and requests notices of all proceedings, hearings and papers served in this case be delivered to and served upon the parties below as follows:

Edward L. Ripley
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002-5213
Tel:  713-751-3200
Fax:  713-751-3290
Email: ERipley@kslaw.com

Arthur J. Steinberg
(*Pro Hac Vice* Motion Pending)
Scott Davidson
(*Pro Hac Vice* Motion Pending)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-2601
Tel:  212-556-2100
Fax:  212-556-2222
Email:  ASteinberg@kslaw.com
        SDavidson@kslaw.com

Bradley T. Giordano
(*Pro Hac Vice* Motion Pending)
King & Spalding LLP
444 W. Lake Street, Suite 1650
Chicago, IL 60606
Tel:  312-995-6333
Fax:  312-995-6330
Email: BGirodano@kslaw.com

This request includes, but is not limited to, notices of any orders, motions, applications, motions, complaints, pleadings, or any other document brought before this Court, whether formal or informal, written or oral, transmitted or delivered by mail, telephone, facsimile or otherwise,

in this case. The Notice of Appearance shall not constitute a submission by Sterling National Bank to the jurisdiction of the Bankruptcy Court.

Respectfully submitted this 7th day of March 2018.

**KING & SPALDING, LLP**

By: /s/ Edward L. Ripley
Edward L. Ripley
Texas Bar No. 16935950
ERipley@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: (713) 751-3200
Fax: (713) 751-3290

Arthur J. Steinberg  (*Pro Hac Vice* Motion Pending)
Scott Davidson  (*Pro Hac Vice* Motion Pending)
1185 Avenue of the Americas
New York, NY 10036-2601
Tel: 212-556-2100
Fax: 212-556-2222
Email: ASteinberg@kslaw.com
SDavidson@kslaw.com

Bradley T. Giordano
(*Pro Hac Vice* Motion Pending)
444 W. Lake Street, Suite 1650
Chicago, IL 60606
Tel: 312-995-6333
Fax: 312-995-6330
Email: BGirodano@kslaw.com

**ATTORNEYS FOR STERLING NATIONAL BANK**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served upon the parties eligible to receive service by the Clerk's Office ECF facilities, on this 7th day of March 2018.

/s/ Edward L. Ripley
Edward L. Ripley