BTXN 104a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: 4 West Holdings, Inc. et al.

§
§ Case No.: 18-30777-hdh11
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Patey__         __Madison__         __Claire__
             *Last*             *First*             *MI*

2. Firm Name: Apperson Crump, PLC

3. Address: 6070 Poplar Avenue
   Suite 600
   Memphis, Tennessee 38119-3954

4. Phone: 901-756-6300         FAX: 901-757-1296
   Email: mpatey@appersoncrump.com

5. Name used to sign *all* pleadings: Madison C. Patey

6. Retained by: William Dean Gassaway

7. Admitted on October 2017 and presently a member in good standing of the bar of the highest court of the state of Tennessee and issued the bar license number of 36149.

8. Admitted to practice before the following courts:

   *Court:*         *Admission Date:*
   Tennessee        October 2017

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☒ Yes ☐ No

    If "Yes," please provide details:

    Minor in possession of alcohol in 2011 that was subsequently dismissed and expunged. I disclosed on law school application and Tennessee bar application.

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: Michael McConnell and Katherine Hopkins

14. Local counsel's address: Kelly Hart & Hallman LLP
    201 Main St #2500, Fort Worth, TX 76102

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Madison Claire Patey                                   4/12/2018
Printed Name of Applicant                              Date

*M. Patey*
Signature of Applicant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, a true and correct copy of the foregoing document was served upon all parties receiving ECF notification in this case.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins