

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2018**

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[1] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER ESTABLISHING CERTAIN DEADLINES AND**
**SCHEDULING PLAN CONFIRMATION HEARING**

WHEREAS, on March 6, 2018 (the "Petition Date"), each Debtor filed a voluntary

petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code");

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Exhibit A**.

WHEREAS, on March 16, 2018, the Office of the U.S. Trustee for the Northern District of Texas appointed the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, on May 25, 2018, the Debtors filed the *Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 438] (the "Plan");

WHEREAS, pursuant to the *Order Approving (A) Disclosure Statement, (B) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (C) Establishing Vote Tabulation Procedures, and (D) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing* [Docket No. 497] (the "Disclosure Statement Order"), the Debtors commenced solicitation of the Plan on June 7, 2018;

WHEREAS on June 22, 2018, the Debtors filed the *Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 615] (the "Third Amended Plan") and obtained entry of the *Supplemental Order to Order Approving (A) Disclosure Statement, (B) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (C) Establishing Vote Tabulation Procedures, and (D) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing* [Docket No. 656] (the "Supplemental Disclosure Statement Order"),[2] which, among other things, approved retroactively the Re-Solicitation Package and certain modification to the Solicitation Procedures with respect to holders of Tort Claims in Class 4.A. of the Third Amended Plan (as such terms are defined in the Supplemental Disclosure Statement Order);

WHEREAS, on June 29, 2018, the Debtors filed the *Debtors' Notice of Filing of Plan Supplement* [Docket No. 661];

---

[2] Capitalized terms not otherwise defined in this paragraph shall have the meanings ascribed to such terms in the Supplemental Disclosure Statement Order.

WHEREAS, the hearing to consider confirmation of the Third Amended Plan (the "Confirmation Hearing") was initially scheduled for July 16, 2018, but adjourned pursuant to the *Agreed Order Granting Emergency Motion to Continue Hearing on Confirmation of Plan* [Docket No. 743], which also provided that all applicable confirmation deadlines were tolled;

WHEREAS, on October 9, 2018, the Debtors filed the *Debtors' Modified Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1053] (as may be further amended, the "Modified Plan");

WHEREAS, on October 9, 2018, the Debtors filed the *Debtors' Motion (A) to Approve Plan Modification Under Bankruptcy Rule 3019 and (B) For Related Relief* [Docket No. 1055] (the "3019 Motion"), which was granted by the Bankruptcy Court pursuant to the *Order Granting Debtors' Motion to Approve Plan Modifications under Bankruptcy Rule 3019* [Docket No. 1214] (the "3019 Order");

WHEREAS, on November 26, 2018, the Bankruptcy Court held a status conference regarding, among other things, certain dates and deadlines in connection with confirmation of the Modified Plan; and

WHEREAS, the Debtors, the Committee, SC-GA 2018 Partners, LLC (the "Purchaser"), and OHI Asset RO, LLC and certain of its affiliates (collectively, "Omega" and together with the Debtors, the Committee, and the Purchaser, the "Parties"), have agreed to certain dates and deadlines in connection with the Confirmation Hearing.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT**:

1.      The Confirmation Hearing will commence on **January 8, 2019 at 9:00 a.m. (CT)** before The Honorable Harlin D. Hale, United States Bankruptcy Judge for the United States

Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242-1496.

2.      A status conference will be held on **January 7, 2019 at 1:30 p.m. (CT)** before The Honorable Harlin D. Hale, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242-1496, to address any discovery related issues and any other matters as necessary or appropriate prior to the Confirmation Hearing.

3.      The following dates and deadlines are hereby approved, which may be extended by agreement between the Parties without further order of the Court:

| Event | Date |
| --- | --- |
| Deadline to file Voting Report | December 12, 2018 |
| Deadline to file amendments or modifications to Modified Plan as necessary to conform with the 3019 Order | December 7, 2018 |
| Deadline to file Notice of Expert Designations | December 14, 2018 |
| Deadline to file Expert Reports | December 21, 2018 |
| Deadline to file Plan Supplement (or amendments or modifications thereto) | December 31, 2018 |
| Plan Objection Deadline | December 31, 2018 at 4:00 p.m. (CT) |
| Deadline to file Reply to any Plan Objections | January 4, 2019 |
| Deadline to file Witness and Exhibit List | January 4, 2019 at 4:00 p.m. (CT) |

4.      The Debtors shall file a Confirmation Hearing Notice, substantially in the form attached hereto as **Exhibit B**, and serve such notice on all creditors by first-class mail no later than five (5) business days following the entry of this Order.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief approved in this Order.

6.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction over any and all matters arising from the

interpretation or implementation of this Order.

### # # # END OF ORDER # # #

**Submitted by:**

**DLA PIPER LLP (US)**

*/s/ Andrew Zollinger*
Andrew Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: andrew.zollinger@dlapiper.com

-and-

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
Email:  thomas.califano@dlapiper.com
            dienna.corrado@dlapiper.com

-and-

Daniel M. Simon (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile:  (404) 682-7800
Email:  daniel.simon@dlapiper.com


*Counsel for the Debtors*

**Exhibit A**
**(Sorted Alphabetically)**

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | 4 West Holdings, Inc. | 18-30777 | 9732 |
| 2. | 4 West Investors, LLC | 18-30778 | 6021 |
| 3. | Aiken RE, LLC | 18-30850 | 1814 |
| 4. | Ambassador Rehabilitation and Healthcare Center, LLC | 18-30879 | 1636 |
| 5. | Anchor Rehabilitation and Healthcare Center of Aiken, LLC | 18-30868 | 9448 |
| 6. | Anderson RE TX, LLC | 18-30774 | 3630 |
| 7. | Anderson RE, LLC | 18-30861 | 1806 |
| 8. | Ark II Real Estate, LLC | 18-30840 | 3628 |
| 9. | Ark III Real Estate, LLC | 18-30847 | 0121 |
| 10. | Ark Mississippi Holding Company, LLC | 18-30788 | 3765 |
| 11. | Ark Real Estate, LLC | 18-30809 | 6014 |
| 12. | Ark South Carolina Holding Company, LLC | 18-30856 | 0002 |
| 13. | Ark Texas Holding Company, LLC | 18-30806 | 3739 |
| 14. | Battle Ground RE, LLC | 18-30825 | 1818 |
| 15. | Brushy Creek Rehabilitation and Healthcare Center, LLC | 18-30884 | 3292 |
| 16. | Bryan RE, LLC | 18-30775 | 3633 |
| 17. | Burleson RE, LLC | 18-30759 | 1777 |
| 18. | Capstone Rehabilitation and Healthcare Center, LLC | 18-30878 | 7871 |
| 19. | Charlottesville Pointe Rehabilitation and Healthcare Center, LLC | 18-30801 | 4467 |
| 20. | Charlottesville RE, LLC | 18-30829 | 0836 |
| 21. | Cleveland RE, LLC | 18-30811 | 6013 |
| 22. | Clinton RE, LLC | 18-30812 | 8109 |
| 23. | Cobblestone Rehabilitation and Healthcare Center, LLC | 18-30869 | 1612 |
| 24. | Collierville RE, LLC | 18-30841 | 8845 |
| 25. | Columbia RE, LLC | 18-30815 | 8838 |
| 26. | Columbia Rehabilitation and Healthcare Center, LLC | 18-30795 | 6772 |
| 27. | Comfort RE, LLC | 18-30764 | 1902 |
| 28. | Connersville RE, LLC | 18-30833 | 9824 |
| 29. | Corinth RE, LLC | 18-30814 | 1777 |
| 30. | Cornerstone Rehabilitation and Healthcare Center, LLC | 18-30800 | 8841 |
| 31. | Crystal Rehabilitation and Healthcare Center, LLC | 18-30807 | 8842 |
| 32. | Delta Rehabilitation and Healthcare Center of Cleveland, LLC | 18-30792 | 7212 |
| 33. | Descending Dove, LLC | 18-30842 | 8081 |
| 34. | Diboll RE, LLC | 18-30766 | 1939 |
| 35. | Easley RE II, LLC | 18-30857 | 1819 |
| 36. | Easley RE, LLC | 18-30854 | 1817 |
| 37. | Edgefield RE, LLC | 18-30836 | 3574 |
| 38. | Farmville RE, LLC | 18-30831 | 3442 |
| 39. | Farmville Rehabilitation and Healthcare Center, LLC | 18-30804 | 4464 |
| 40. | Fleetwood Rehabilitation and Healthcare Center, LLC | 18-30888 | 9615 |
| 41. | Fortress Health & Rehab of Rock Prairie, LLC | 18-30765 | 1314 |
| 42. | Granbury RE, LLC | 18-30769 | 1999 |

|  | **Debtor Name** | **Case No.** | **EIN** |
|---|---|---|---|
| 43. | Great Oaks RE, LLC | 18-30819 | 1731 |
| 44. | Great Oaks Rehabilitation and Healthcare Center, LLC | 18-30780 | 4357 |
| 45. | Greenville RE II, LLC | 18-30846 | 1798 |
| 46. | Greenville RE, LLC | 18-30843 | 1797 |
| 47. | Greenville Rehabilitation and Healthcare Center, LLC | 18-30882 | 3920 |
| 48. | Greenwood RE, LLC | 18-30816 | 1654 |
| 49. | Greer RE, LLC | 18-30839 | 1795 |
| 50. | Greer Rehabilitation and Healthcare Center, LLC | 18-30859 | 9462 |
| 51. | Grenada RE, LLC | 18-30821 | 1623 |
| 52. | Grenada Rehabilitation and Healthcare Center, LLC | 18-30786 | 8843 |
| 53. | Heritage Park Rehabilitation and Healthcare Center, LLC | 18-30787 | 9055 |
| 54. | Hillsville RE, LLC | 18-30834 | 2195 |
| 55. | Hillsville Rehabilitation and Healthcare Center, LLC | 18-30808 | 4463 |
| 56. | Holly Lane Rehabilitation and Healthcare Center, LLC | 18-30797 | 9103 |
| 57. | Holly RE, LLC | 18-30830 | 1816 |
| 58. | Holly Springs RE, LLC | 18-30823 | 1559 |
| 59. | Holly Springs Rehabilitation and Healthcare Center, LLC | 18-30789 | 6524 |
| 60. | Indianola RE, LLC | 18-30822 | 6022 |
| 61. | Indianola Rehabilitation and Healthcare Center, LLC | 18-30779 | 7203 |
| 62. | Italy RE, LLC | 18-30761 | 2086 |
| 63. | Iva RE, LLC | 18-30852 | 1801 |
| 64. | Iva Rehabilitation and Healthcare Center, LLC | 18-30874 | 0384 |
| 65. | Johns Island Rehabilitation and Healthcare Center, LLC | 18-30891 | 4898 |
| 66. | Joy of Bryan, LLC | 18-30837 | 4072 |
| 67. | Lampstand Health & Rehab of Bryan, LLC | 18-30767 | 2002 |
| 68. | Linley Park Rehabilitation and Healthcare Center, LLC | 18-30890 | 0525 |
| 69. | Macon Rehabilitation and Healthcare Center, LLC | 18-30880 | 9644 |
| 70. | Magnified Health & Rehab of Anderson, LLC | 18-30773 | 9060 |
| 71. | Manna Rehabilitation and Healthcare Center, LLC | 18-30863 | 9441 |
| 72. | Marietta RE, LLC | 18-30867 | 1809 |
| 73. | McCormick RE, LLC | 18-30864 | 1808 |
| 74. | McCormick Rehabilitation and Healthcare Center, LLC | 18-30873 | 3193 |
| 75. | Memphis RE, LLC | 18-30844 | 8846 |
| 76. | Midland RE, LLC | 18-30832 | 5138 |
| 77. | Midland Rehabilitation and Healthcare Center, LLC | 18-30799 | 9679 |
| 78. | Moultrie RE, LLC | 18-30848 | 9943 |
| 79. | Mountain View Rehabilitation and Healthcare Center, LLC | 18-30798 | 9227 |
| 80. | Natchez RE, LLC | 18-30818 | 6019 |
| 81. | Natchez Rehabilitation and Healthcare Center, LLC | 18-30803 | 6773 |
| 82. | New Ark Master Tenant, LLC | 18-30885 | 7893 |
| 83. | New Ark Operator Holdings, LLC | 18-30893 | 7623 |
| 84. | New Redeemer Health & Rehab of Pickens, LLC | 18-30881 | 5321 |
| 85. | Olive Leaf Holding Company, LLC | 18-30845 | 0129 |
| 86. | Olive Leaf, LLC | 18-30866 | 0001 |
| 87. | Omega Health & Rehab of Greenville, LLC | 18-30870 | 9461 |
| 88. | Orianna Health Systems, LLC | 18-30785 | 5160 |
| 89. | Orianna Holding Company, LLC | 18-30784 | 1323 |

|  | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 90. | Orianna Investment, Inc. | 18-30781 | 1141 |
| 91. | Orianna SC Operator Holdings, Inc. | 18-30871 | 0383 |
| 92. | Palladium Hospice and Palliative Care, LLC | 18-30887 | 1873 |
| 93. | Patewood Rehabilitation and Healthcare Center, LLC | 18-30865 | 9457 |
| 94. | Picayune RE, LLC | 18-30827 | 9749 |
| 95. | Picayune Rehabilitation and Healthcare Center, LLC | 18-30793 | 9183 |
| 96. | Pickens RE II, LLC | 18-30862 | 1823 |
| 97. | Pickens RE, LLC | 18-30860 | 1821 |
| 98. | Piedmont RE, LLC | 18-30849 | 1800 |
| 99. | Poinsett Rehabilitation and Healthcare Center, LLC | 18-30876 | 0713 |
| 100. | Poplar Oaks Rehabilitation and Healthcare Center, LLC | 18-30813 | 4771 |
| 101. | Portland RE, LLC | 18-30826 | 1822 |
| 102. | Provo RE, LLC | 18-30835 | 3568 |
| 103. | Rainbow Rehabilitation and Healthcare Center, LLC | 18-30802 | 4772 |
| 104. | River Falls Rehabilitation and Healthcare Center, LLC | 18-30886 | 9788 |
| 105. | Riverside Rehabilitation and Healthcare Center, LLC | 18-30883 | 3951 |
| 106. | Rock Prairie RE, LLC | 18-30772 | 3636 |
| 107. | Rocky Mount RE, LLC | 18-30838 | 5904 |
| 108. | Rocky Mount Rehabilitation and Healthcare Center, LLC | 18-30810 | 4466 |
| 109. | Roy RE, LLC | 18-30817 | 5142 |
| 110. | Scepter Rehabilitation and Healthcare Center, LLC | 18-30872 | 1630 |
| 111. | Scepter Senior Living Center, LLC | 18-30875 | 1621 |
| 112. | Simpsonville RE II, LLC | 18-30858 | 1804 |
| 113. | Simpsonville RE, LLC | 18-30855 | 1802 |
| 114. | Simpsonville Rehabilitation and Healthcare Center, LLC | 18-30889 | 3564 |
| 115. | Snellville RE, LLC | 18-30851 | 9933 |
| 116. | Southern Oaks Rehabilitation and Healthcare Center, LLC | 18-30877 | 1141 |
| 117. | The Bluffs Rehabilitation and Healthcare Center, LLC | 18-30796 | 9314 |
| 118. | The Ridge Rehabilitation and Healthcare Center, LLC | 18-30892 | 1456 |
| 119. | Trinity Mission Health & Rehab of Connersville, LLC | 18-30805 | 8787 |
| 120. | Trinity Mission of Burleson, LLC | 18-30762 | 2585 |
| 121. | Trinity Mission of Comfort, LLC | 18-30763 | 2573 |
| 122. | Trinity Mission of Diboll, LLC | 18-30768 | 2581 |
| 123. | Trinity Mission of Granbury, LLC | 18-30771 | 2582 |
| 124. | Trinity Mission of Italy, LLC | 18-30760 | 2576 |
| 125. | Trinity Mission of Winnsboro, LLC | 18-30776 | 2583 |
| 126. | Utah Valley Rehabilitation and Healthcare Center, LLC | 18-30782 | 9661 |
| 127. | Vicksburg RE, LLC | 18-30828 | 0150 |
| 128. | Victory Rehabilitation and Healthcare Center, LLC | 18-30794 | 9485 |
| 129. | Wadesboro RE, LLC | 18-30853 | 9929 |
| 130. | Wide Horizons RE, LLC | 18-30820 | 5144 |
| 131. | Wide Horizons Residential Care Facility, LLC | 18-30790 | 9387 |
| 132. | Winnsboro RE, LLC | 18-30770 | 2134 |
| 133. | Woodlands Rehabilitation and Healthcare Center, LLC | 18-30791 | 9127 |
| 134. | Yazoo City RE, LLC | 18-30824 | 8844 |
| 135. | Yazoo City Rehabilitation and Healthcare Center, LLC | 18-30783 | 7216 |

## Exhibit B

## CONFIRMATION HEARING NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[3] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE
FOR OBJECTING TO, THE DEBTORS' MODIFIED THIRD AMENDED JOINT PLAN
OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** on October 9, 2018, the Debtors filed the *Debtors' Modified Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1053] (as may be further supplemented, modified or amended, the "Modified Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on November [●], 2018, the Honorable Harlin D. Hale, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court") entered the *Order Establishing Certain Deadlines and Scheduling Plan Confirmation Hearing* [Docket No. ●] (the "Order").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Modified Plan, and any objections thereto, will scheduled to commence on **January 8, 2019 at 9:00 a.m. (CT)** (the "Confirmation Hearing") at the **United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242-1496.** The hearing may be adjourned from time to time without further notice other than a notice filed on the Court's docket or an announcement of the adjourned date(s) at the hearing, and, thereafter, at any adjourned hearing(s). In addition, the Modified Plan may be further amended without further notice prior to or as a result of the Confirmation Hearing, and, thereafter, as otherwise provided in the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** objections to confirmation of the Modified Plan or proposed amendments to the Modified Plan, if any, must (i) be in writing; (ii) state the name and address of the responding party and the amount and nature of the claim or interest of such party; (iii) state with particularity the legal and factual basis of any response;

---

[3] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A.

(iv) conform to the Bankruptcy Rules and Local Rules; and (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with the Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means (the "Administrative Procedures") (the Administrative Procedures can be found at the Bankruptcy Court's official website (http://www.txnb.uscourts.gov)), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest without legal representation, in paper form, and served in accordance with the Administrative Procedures and the Local Rules, so as to be actually received not later than **4:00 p.m. (CT) on December 31, 2018** (the "Objection Deadline") and, such service shall be completed and actually received by the following parties on or prior to the Objection Deadline: (a) counsel for the Debtors, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020 (Attn: Thomas R. Califano, Esq. and Dienna Corrado, Esq.), One Atlantic Center, 1201 West Peachtree Street, Suite 2800, Atlanta, GA 30309 (Attn: Daniel Simon, Esq.), 1717 Main Street, Suite 4600, Dallas, TX 75201 (Attn: Andrew Zollinger, Esq.), (b) the Office of the United States Trustee for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, Room 976, Dallas, TX 75242 (Attn: Nancy Resnick, Esq.), (c) counsel to OHI Asset RO, LLC and the DIP Lender, Bryan Cave, LLP, One Atlantic Center, 1201 West Peachtree Street, Suite 1400, Atlanta, GA 30309 (Attn: Mark Duedall, Esq.), JP Morgan Chase Tower, 2200 Ross Avenue, Suite 3300, Dallas, TX 75201 (Attn: Keith Aurzada, Esq.), and One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102 (Attn: David Unseth, Esq.), (d) counsel to SC-GA 2018 Partners, LLC, Neligan LLP, 325 N. St. Paul Street, Suite 3600, Dallas, Texas 75201 (Attn: Patrick J. Neligan, Esq. and James P. Muenker, Esq.), and (e) counsel to the Official Committee of Unsecured Creditors, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201 (Attn.: Ryan E. Manns, Esq.), and Pepper Hamilton LLP, 3000 Two Logan Square, Philadelphia, PA 19103 (Attn.: Francis J. Lawall, Esq.), Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19899 (Attn.: Donald J. Detweiler, Esq.).

## Obtaining Disclosure Statement and Plan

You may obtain copies of pleadings filed in these chapter 11 cases without charge at the Debtors' case information website, located at www.omnimgt.com/4west.

Dated: [●], 2018
Dallas, Texas

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ DRAFT*
Andrew Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: andrew.zollinger@dlapiper.com


-and-

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: thomas.califano@dlapiper.com
        dienna.corrado@dlapiper.com
-and-

Daniel M. Simon (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile: (404) 682-7800
Email: daniel.simon@dlapiper.com

*Counsel for the Debtors*