IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| 4 West Holdings, Inc. *et al.*, | § § § | Case No. 18-30777 |
| Debtors.[1] | § § § § | (Jointly Administered) |

**CERTIFICATION OF CATHERINE NOWNES-WHITAKER OF OMNI MANAGEMENT GROUP WITH RESPECT TO THE SOLICITATION AND TABULATION OF VOTES RELATING TO THE DEBTORS' THIRD AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Pursuant to 28 U.S.C. § 1746, I, Catherine Nownes-Whitaker, declare under penalty of perjury as follows:

**Introduction**

1. I am the Vice President of Corporate Restructuring Services at Omni Management Group ("**Omni**"), the Court-appointed claims, noticing, and solicitation agent for 4 West Holdings, Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). I am authorized to submit this certification (the "**Certification**") on behalf of Omni. Unless otherwise stated in this Certification, I have personal knowledge of the facts hereinafter set forth, and if called as a witness, could and would testify competently thereto.

2. As set forth in the *Application of the Debtors for Entry Of An Order Authorizing Employment and Retention of Rust Consulting/Omni Bankruptcy as Claims, Noticing, and Administrative Agent, Nunc Pro Tunc to the Petition Date* (Docket No. 7), Omni has

---

[1] A list of Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as Exhibit A.

1

considerable experience in tabulating the ballots of creditors and interest holders with respect to chapter 11 plans. Except for services provided as the claims, noticing, and solicitation agent, Omni has no relationship or affiliation with the Debtors and is not a creditor of the Debtors.

3. As set forth in the *Order Granting Application of the Debtors for Entry of An Order Authorizing Retention and Employment of Rust Consulting/Omni Bankruptcy As Claims, Noticing and Administrative Agent Nunc Pro Tunc to the Petition Date* (Docket No. 65), Omni was retained by the Debtors to perform claims, noticing, and solicitation services in these cases, including the tabulation of votes to accept or reject a chapter 11 plan.

4. On June 1, 2018, the Court entered the *Order Approving (A) Disclosure Statement, (B) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (C) Establishing Vote Tabulation Procedures, and (D) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing* (Docket No. 496) (the "Solicitation Procedures Order"), which approved, among other things, the Disclosure Statement (with certain modifications) and procedures for the solicitation for the First Amended Plan (the "Solicitation Procedures"). The Debtors commenced solicitation of the First Amended Plan on June 7, 2018 pursuant to the Disclosure Statement Order.

5. Thereafter, on June 12, 2018 the Debtors filed the *Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (Docket No. 550) (the "Second Amended Plan").

6. On June 22, 2018, to the Debtors filed the *Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (Docket No. 615) (as amended and supplemented, the "Plan"). Contemporaneously, the Debtors also filed the *Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the*

*Bankruptcy Code* (Docket No. 617) (the "Amended Disclosure Statement"), and mailed a re-solicitation package to the Tort Claimants (as defined in the Plan).

7. On June 29, 2018, the Court entered the *Supplemental Order Approving (A) Disclosure Statement, (B) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (C) Establishing Vote Tabulation Procedures, and (D) Establishing Objection Deadline and Scheduling Plan Confirmation Hearing* [Docket No. 656] (the "Supplemental Solicitation Procedures Order"), which, among other things, approved (i) the re-solicitation package to the Tort Claimants, (ii) approved the Amended Disclosure Statement, (iii) modifications to the Solicitation Procedures.

**Commencement of Solicitation**

8. As specified in the Solicitation Procedures Order, the record date for purposes of the solicitation of votes (the "**Voting Record Date**") on the Plan was May 30, 2018.

9. I supervised the tabulation of votes to accept or reject the Plan performed by Omni on behalf of the Debtors pursuant to the Solicitation Procedures Order. On June 7, 2018, Omni caused solicitation packages (the "**Solicitation Packages**") to be mailed to each holder of a claim or interest in the Voting Classes 4 in accordance with the Solicitation Procedures Order. *See* Affidavit of Service (Docket No. 599).

10. On June 22, 2018, Omni caused solicitation packages (the "**Re-Solicitation Packages**") to be mailed by overnight service to each holder of a claim or interest in the Voting Class 4.A which was approved pursuant to the Supplemental Solicitation Procedures Order. *See* Affidavit of Service (Docket No. 633).

-3-

**Tabulation**

11.  All completed Class 1 and Class 4 Ballots were required to be transmitted by mail so as to be received by Omni no later than 5:00 p.m. (Central Time) on July 5, 2018 (the "**Voting Deadline**"). All completed Class 4.A Ballots were required to be transmitted by mail so as to be received by Omni no later than 5:00 p.m. (Central Time) on July 13, 2018 (the "**Class 4.A Voting Deadline**"). All Ballots were mailed to Omni at the following address:

12.  Ballots returned by mail, hand delivery, or overnight courier, were received by Omni personnel at Omni's offices at the following address: 4 West Holdings, Inc., c/o Omni Management Group, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367.

13.  All properly executed Ballots received by Omni before the Voting Deadlines were tabulated in accordance with the process described above, and in accordance with the Solicitation Procedures and the Solicitation Procedures Order. Omni is in possession of each such Ballot received, and copies of such Ballots are available for review upon request.

14.  The following table summarizes the results of Omni's tabulation of timely and properly executed Ballots:

| Class 1 – Omega Secured Claim | | Result |
|---|---|---|
| **Valid Ballots Received** | 62 votes accepting the Plan.<br>0 votes rejecting the Plan. | **Accept** |
| **Acceptance** | 100% in number that voted accepting the Plan<br>100% in dollar amount accepting the Plan ($221,312,000.00) | |
| **Rejection** | 0% in number that voted rejecting the Plan<br>0% in dollar amount rejecting the Plan ($0.00) | |

| Class 4 – General Unsecured Claims | Result |
|---|---|

-4-

| | | |
|---|---|---|
| **Valid Ballots Received** | 161 votes accepting the Plan. 57 votes rejecting the Plan. | **Accept** |
| **Acceptance** | 73.85% in number that voted accepting the Plan 80.29% in dollar amount accepting the Plan ($204,565,859.25) | |
| **Rejection** | 26.15% in number that voted rejecting the Plan 19.71% in dollar amount rejecting the Plan ($50,209,343.75) | |

| **Class 4.A – Tort Claims** | | **Result** |
|---|---|---|
| **Valid Ballots Received** | 2 votes accepting the Plan. 59 votes rejecting the Plan. | **Reject** |
| **Acceptance** | 3.28% in number that voted accepting the Plan 1.67% in dollar amount accepting the Plan ($2.00) | |
| **Rejection** | 96.72% in number that voted rejecting the Plan 98.33% in dollar amount rejecting the Plan ($60.00) | |

15.　The final tabulation of the votes cast through timely and properly completed Ballots in the Voting Classes received by Omni by the Voting Deadlines (the "Tabulation Report") are attached as **Exhibit B**, **Exhibit C,** and **Exhibit D** hereto.[2]

16.　To the best of my knowledge, information and belief, Omni complied with all applicable requirements of the Solicitation Procedures Order, the Supplemental Solicitation Procedures Order, the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure with respect to the solicitation and tabulation of votes on the Plan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

---

[2] OHI Asset RO, LLC and its affiliates (collectively, "**Omega**") submitted Class 1 and Class 4 ballots voting in favor of the Plan. Pursuant to the *Order Granting Debtors' Motion to Approve Plan Modifications Under Bankruptcy Rule 3019* [Docket No. 1214], the Court ordered that the Plan (as amended) is deemed accepted by Omega.

By: _____
Catherine Nownes-Whitaker
Omni Management Group

|                        |       |
|------------------------|-------|
| STATE OF CALIFORNIA    | )     |
|                        | ) SS: |
| COUNTY OF LOS ANGELES  | )     |

Subscribed and sworn to (or affirmed) before me on this 12th day of December, 2018, by ___Catherine Nownes-Whitaker___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public
My Commission Expires: 6/3/2020

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020