

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 14, 2018**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[1] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 6, 2018 THROUGH MAY 31, 2018**

Upon consideration of the *First Interim Application of DLA Piper LLP (US) For Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel for the Debtors and Debtors-in-Possession For the Period From March 6, 2018 Through May 31, 2018*

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached to the Application as Exhibit A.

[Docket No. 736] (the "Application")[2] filed by DLA Piper LLP (US) ("DLA Piper"), as counsel for the Debtors, for interim allowance of fees, including all amounts held back, and expenses for the period from March 6, 2018 through May 31, 2018 (the "First Interim Application Period"); and the Court having reviewed the Application and each of the Monthly Fee Applications that were filed by DLA Piper during the First Interim Application Period, all objections filed against the Application and Monthly Fee Applications, and hearing all arguments at the hearing held on November 28, 2018, and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Application is **GRANTED** for the reasons stated on the record in the Court's oral ruling on the Application on December 4, 2018.

2. DLA Piper is allowed interim compensation in the amount of $2,862,921.75[3] and reimbursement of expenses in the amount of $112,457.55 for the First Interim Application Period as requested in the Application.

3. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

4. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

[3]  This amount includes the voluntary reductions taken by DLA Piper in the First and Second Monthly Fee Applications, totaling $12,837.75.

# # # END OF ORDER # # #

Order submitted by:

**DLA PIPER LLP (US)**

*/s/ Andrew Zollinger*
Andrew Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: andrew.zollinger@dlapiper.com

-and-

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
Email:  thomas.califano@dlapiper.com
        dienna.corrado@dlapiper.com

-and-

Daniel M. Simon (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile:  (404) 682-7800
Email:  daniel.simon@dlapiper.com

*Counsel for the Debtors*