Andrew Zollinger, State Bar No. 24063944
andrew.zollinger@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Counsel for the Debtors*

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
thomas.califano@dlapiper.com
dienna.corrado@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile:  (404) 682-7800

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[1] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administration) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 18, 2018 AT 1:30 P.M. (CDT)[2]**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Approving Debtors' Entry into Transition Services Agreement with Health Care Navigator, LLC, (II) Authorizing Payments Thereunder, and (III) Granting Related Relief [Docket No. 1241].

   **Related Documents:** None.

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Exhibit A**.

[2] Hearing may be continued as the Bankruptcy Court may determine and announced at the hearing without further notice to the parties.

**Responses Received:** None.

**Status:** This matter will be going forward.

## MATTERS NOT GOING FORWARD

2. Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 362(a) Extending the Automatic Stay to Certain Non-Debtors [Docket No. 273].

    **Related Documents:**

    a) Agreed Order on the Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 362(a) Extending the Automatic Stay to Certain Non-Debtors [Docket No. 428].

    **Responses Received:**

    a) Objection to Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 362(a) Extending the Automatic Stay to Certain Non-Debtors [Docket No. 379].

    b) Debtors' Reply to Objection by Certain Tort Claimants to Motion of Debtors for Entry of an Order Pursuant to Bankruptcy code Sections 105(a) and 362(a) Extending the Automatic Stay [Docket No. 406].

    **Status:** This matter is being adjourned.

3. Motion of OHI Asset, RO, LLC and its affiliates to Compel Payment of Post-Petition Obligations and for Related Relief [Docket No. 783].

    **Related Documents:** None.

    **Responses Received:**

    a) The Official Committee of Unsecured Creditors' Objection to Motion of OHI Asset RO, LLC and its Affiliates to Compel Payment of Post-Petition Obligations, and for Related Relief [Docket No. 928].

    b) Debtors' Objection to Motion of OHI Asset RO, LLC and its Affiliates to Compel Payment of Post-Petition Obligations [Docket No. 931].

    **Status:** This matter is being adjourned.

4. The Official Committee of Unsecured Creditors' Motion Pursuant to Fed. R. Bankr. P. 9024 for Relief from Certain Provisions of the DIP Financing Order [Docket No. 789].

**Related Documents:** None.

**Responses Received:**

a) Response to Committee's Motion for Relief from Certain Provisions of the Final DIP Financing Order [Docket No. 853].

**Status:** This matter is being adjourned.

Dated: December 17, 2018
Dallas, Texas

        **DLA PIPER LLP (US)**

        By: */s/ Andrew Zollinger*
        Andrew Zollinger, State Bar No. 24063944
        andrew.zollinger@dlapiper.com
        DLA Piper LLP (US)
        1717 Main Street, Suite 4600
        Dallas, Texas 75201-4629
        Telephone: (214) 743-4500
        Facsimile: (214) 743-4545

        and

        Thomas R. Califano (admitted *pro hac vice*)
        Dienna Corrado (admitted *pro hac vice*)
        thomas.califano@dlapiper.com
        dienna.corrado@dlapiper.com
        DLA Piper LLP (US)
        1251 Avenue of the Americas
        New York, New York 10020-1104
        Telephone: (212) 335-4500
        Facsimile: (212) 335-4501

        and

Daniel M. Simon (admitted *pro hac vice*)
daniel.simon@dlapiper.com
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone:  (404) 736-7800
Facsimile:   (404) 682-7800

*Counsel for the Debtors*

## **EXHIBIT A**

### **(Sorted Alphabetically)**

|     | Debtor Name | Case No. | EIN |
| --- | --- | --- | --- |
| 1. | 4 West Holdings, Inc. | 18-30777 | 9732 |
| 2. | 4 West Investors, LLC | 18-30778 | 6021 |
| 3. | Aiken RE, LLC | 18-30850 | 1814 |
| 4. | Ambassador Rehabilitation and Healthcare Center, LLC | 18-30879 | 1636 |
| 5. | Anchor Rehabilitation and Healthcare Center of Aiken, LLC | 18-30868 | 9448 |
| 6. | Anderson RE TX, LLC | 18-30774 | 3630 |
| 7. | Anderson RE, LLC | 18-30861 | 1806 |
| 8. | Ark II Real Estate, LLC | 18-30840 | 3628 |
| 9. | Ark III Real Estate, LLC | 18-30847 | 0121 |
| 10. | Ark Mississippi Holding Company, LLC | 18-30788 | 3765 |
| 11. | Ark Real Estate, LLC | 18-30809 | 6014 |
| 12. | Ark South Carolina Holding Company, LLC | 18-30856 | 0002 |
| 13. | Ark Texas Holding Company, LLC | 18-30806 | 3739 |
| 14. | Battle Ground RE, LLC | 18-30825 | 1818 |
| 15. | Brushy Creek Rehabilitation and Healthcare Center, LLC | 18-30884 | 3292 |
| 16. | Bryan RE, LLC | 18-30775 | 3633 |
| 17. | Burleson RE, LLC | 18-30759 | 1777 |
| 18. | Capstone Rehabilitation and Healthcare Center, LLC | 18-30878 | 7871 |
| 19. | Charlottesville Pointe Rehabilitation and Healthcare Center, LLC | 18-30801 | 4467 |
| 20. | Charlottesville RE, LLC | 18-30829 | 0836 |
| 21. | Cleveland RE, LLC | 18-30811 | 6013 |
| 22. | Clinton RE, LLC | 18-30812 | 8109 |
| 23. | Cobblestone Rehabilitation and Healthcare Center, LLC | 18-30869 | 1612 |
| 24. | Collierville RE, LLC | 18-30841 | 8845 |
| 25. | Columbia RE, LLC | 18-30815 | 8838 |
| 26. | Columbia Rehabilitation and Healthcare Center, LLC | 18-30795 | 6772 |
| 27. | Comfort RE, LLC | 18-30764 | 1902 |
| 28. | Connersville RE, LLC | 18-30833 | 9824 |
| 29. | Corinth RE, LLC | 18-30814 | 1777 |
| 30. | Cornerstone Rehabilitation and Healthcare Center, LLC | 18-30800 | 8841 |
| 31. | Crystal Rehabilitation and Healthcare Center, LLC | 18-30807 | 8842 |
| 32. | Delta Rehabilitation and Healthcare Center of Cleveland, LLC | 18-30792 | 7212 |
| 33. | Descending Dove, LLC | 18-30842 | 8081 |
| 34. | Diboll RE, LLC | 18-30766 | 1939 |
| 35. | Easley RE II, LLC | 18-30857 | 1819 |
| 36. | Easley RE, LLC | 18-30854 | 1817 |
| 37. | Edgefield RE, LLC | 18-30836 | 3574 |
| 38. | Farmville RE, LLC | 18-30831 | 3442 |
| 39. | Farmville Rehabilitation and Healthcare Center, LLC | 18-30804 | 4464 |
| 40. | Fleetwood Rehabilitation and Healthcare Center, LLC | 18-30888 | 9615 |
| 41. | Fortress Health & Rehab of Rock Prairie, LLC | 18-30765 | 1314 |
| 42. | Granbury RE, LLC | 18-30769 | 1999 |
| 43. | Great Oaks RE, LLC | 18-30819 | 1731 |
| 44. | Great Oaks Rehabilitation and Healthcare Center, LLC | 18-30780 | 4357 |
| 45. | Greenville RE II, LLC | 18-30846 | 1798 |

|     | **Debtor Name**                                           | **Case No.** | **EIN** |
| --- | --------------------------------------------------------- | ------------ | ------- |
| 46. | Greenville RE, LLC                                        | 18-30843     | 1797    |
| 47. | Greenville Rehabilitation and Healthcare Center, LLC      | 18-30882     | 3920    |
| 48. | Greenwood RE, LLC                                         | 18-30816     | 1654    |
| 49. | Greer RE, LLC                                             | 18-30839     | 1795    |
| 50. | Greer Rehabilitation and Healthcare Center, LLC           | 18-30859     | 9462    |
| 51. | Grenada RE, LLC                                           | 18-30821     | 1623    |
| 52. | Grenada Rehabilitation and Healthcare Center, LLC         | 18-30786     | 8843    |
| 53. | Heritage Park Rehabilitation and Healthcare Center, LLC   | 18-30787     | 9055    |
| 54. | Hillsville RE, LLC                                        | 18-30834     | 2195    |
| 55. | Hillsville Rehabilitation and Healthcare Center, LLC      | 18-30808     | 4463    |
| 56. | Holly Lane Rehabilitation and Healthcare Center, LLC      | 18-30797     | 9103    |
| 57. | Holly RE, LLC                                             | 18-30830     | 1816    |
| 58. | Holly Springs RE, LLC                                     | 18-30823     | 1559    |
| 59. | Holly Springs Rehabilitation and Healthcare Center, LLC   | 18-30789     | 6524    |
| 60. | Indianola RE, LLC                                         | 18-30822     | 6022    |
| 61. | Indianola Rehabilitation and Healthcare Center, LLC       | 18-30779     | 7203    |
| 62. | Italy RE, LLC                                             | 18-30761     | 2086    |
| 63. | Iva RE, LLC                                               | 18-30852     | 1801    |
| 64. | Iva Rehabilitation and Healthcare Center, LLC             | 18-30874     | 0384    |
| 65. | Johns Island Rehabilitation and Healthcare Center, LLC    | 18-30891     | 4898    |
| 66. | Joy of Bryan, LLC                                         | 18-30837     | 4072    |
| 67. | Lampstand Health & Rehab of Bryan, LLC                    | 18-30767     | 2002    |
| 68. | Linley Park Rehabilitation and Healthcare Center, LLC     | 18-30890     | 0525    |
| 69. | Macon Rehabilitation and Healthcare Center, LLC           | 18-30880     | 9644    |
| 70. | Magnified Health & Rehab of Anderson, LLC                 | 18-30773     | 9060    |
| 71. | Manna Rehabilitation and Healthcare Center, LLC           | 18-30863     | 9441    |
| 72. | Marietta RE, LLC                                          | 18-30867     | 1809    |
| 73. | McCormick RE, LLC                                         | 18-30864     | 1808    |
| 74. | McCormick Rehabilitation and Healthcare Center, LLC       | 18-30873     | 3193    |
| 75. | Memphis RE, LLC                                           | 18-30844     | 8846    |
| 76. | Midland RE, LLC                                           | 18-30832     | 5138    |
| 77. | Midland Rehabilitation and Healthcare Center, LLC         | 18-30799     | 9679    |
| 78. | Moultrie RE, LLC                                          | 18-30848     | 9943    |
| 79. | Mountain View Rehabilitation and Healthcare Center, LLC   | 18-30798     | 9227    |
| 80. | Natchez RE, LLC                                           | 18-30818     | 6019    |
| 81. | Natchez Rehabilitation and Healthcare Center, LLC         | 18-30803     | 6773    |
| 82. | New Ark Master Tenant, LLC                                | 18-30885     | 7893    |
| 83. | New Ark Operator Holdings, LLC                            | 18-30893     | 7623    |
| 84. | New Redeemer Health & Rehab of Pickens, LLC               | 18-30881     | 5321    |
| 85. | Olive Leaf Holding Company, LLC                           | 18-30845     | 0129    |
| 86. | Olive Leaf, LLC                                           | 18-30866     | 0001    |
| 87. | Omega Health & Rehab of Greenville, LLC                   | 18-30870     | 9461    |
| 88. | Orianna Health Systems, LLC                               | 18-30785     | 5160    |
| 89. | Orianna Holding Company, LLC                              | 18-30784     | 1323    |
| 90. | Orianna Investment, Inc.                                  | 18-30781     | 1141    |
| 91. | Orianna SC Operator Holdings, Inc.                        | 18-30871     | 0383    |
| 92. | Palladium Hospice and Palliative Care, LLC                | 18-30887     | 1873    |
| 93. | Patewood Rehabilitation and Healthcare Center, LLC        | 18-30865     | 9457    |
| 94. | Picayune RE, LLC                                          | 18-30827     | 9749    |
| 95. | Picayune Rehabilitation and Healthcare Center, LLC        | 18-30793     | 9183    |
| 96. | Pickens RE II, LLC                                        | 18-30862     | 1823    |

| | **Debtor Name** | **Case No.** | **EIN** |
|---|---|---|---|
| 97. | Pickens RE, LLC | 18-30860 | 1821 |
| 98. | Piedmont RE, LLC | 18-30849 | 1800 |
| 99. | Poinsett Rehabilitation and Healthcare Center, LLC | 18-30876 | 0713 |
| 100. | Poplar Oaks Rehabilitation and Healthcare Center, LLC | 18-30813 | 4771 |
| 101. | Portland RE, LLC | 18-30826 | 1822 |
| 102. | Provo RE, LLC | 18-30835 | 3568 |
| 103. | Rainbow Rehabilitation and Healthcare Center, LLC | 18-30802 | 4772 |
| 104. | River Falls Rehabilitation and Healthcare Center, LLC | 18-30886 | 9788 |
| 105. | Riverside Rehabilitation and Healthcare Center, LLC | 18-30883 | 3951 |
| 106. | Rock Prairie RE, LLC | 18-30772 | 3636 |
| 107. | Rocky Mount RE, LLC | 18-30838 | 5904 |
| 108. | Rocky Mount Rehabilitation and Healthcare Center, LLC | 18-30810 | 4466 |
| 109. | Roy RE, LLC | 18-30817 | 5142 |
| 110. | Scepter Rehabilitation and Healthcare Center, LLC | 18-30872 | 1630 |
| 111. | Scepter Senior Living Center, LLC | 18-30875 | 1621 |
| 112. | Simpsonville RE II, LLC | 18-30858 | 1804 |
| 113. | Simpsonville RE, LLC | 18-30855 | 1802 |
| 114. | Simpsonville Rehabilitation and Healthcare Center, LLC | 18-30889 | 3564 |
| 115. | Snellville RE, LLC | 18-30851 | 9933 |
| 116. | Southern Oaks Rehabilitation and Healthcare Center, LLC | 18-30877 | 1141 |
| 117. | The Bluffs Rehabilitation and Healthcare Center, LLC | 18-30796 | 9314 |
| 118. | The Ridge Rehabilitation and Healthcare Center, LLC | 18-30892 | 1456 |
| 119. | Trinity Mission Health & Rehab of Connersville, LLC | 18-30805 | 8787 |
| 120. | Trinity Mission of Burleson, LLC | 18-30762 | 2585 |
| 121. | Trinity Mission of Comfort, LLC | 18-30763 | 2573 |
| 122. | Trinity Mission of Diboll, LLC | 18-30768 | 2581 |
| 123. | Trinity Mission of Granbury, LLC | 18-30771 | 2582 |
| 124. | Trinity Mission of Italy, LLC | 18-30760 | 2576 |
| 125. | Trinity Mission of Winnsboro, LLC | 18-30776 | 2583 |
| 126. | Utah Valley Rehabilitation and Healthcare Center, LLC | 18-30782 | 9661 |
| 127. | Vicksburg RE, LLC | 18-30828 | 0150 |
| 128. | Victory Rehabilitation and Healthcare Center, LLC | 18-30794 | 9485 |
| 129. | Wadesboro RE, LLC | 18-30853 | 9929 |
| 130. | Wide Horizons RE, LLC | 18-30820 | 5144 |
| 131. | Wide Horizons Residential Care Facility, LLC | 18-30790 | 9387 |
| 132. | Winnsboro RE, LLC | 18-30770 | 2134 |
| 133. | Woodlands Rehabilitation and Healthcare Center, LLC | 18-30791 | 9127 |
| 134. | Yazoo City RE, LLC | 18-30824 | 8844 |
| 135. | Yazoo City Rehabilitation and Healthcare Center, LLC | 18-30783 | 7216 |