Patrick J. Neligan, Jr. (TX 1486600)
James P. Muenker (TX 24002659)
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone:  214-840-5300
Facsimile:  214-840-5301

**COUNSEL FOR SC-GA 2018 PARTNERS, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 4 WEST HOLDINGS, INC., *et al.* | § | CASE NO. 18-30777 |
| | § | (Jointly Administered) |
| DEBTORS. | § | |

## NOTICE OF PLAN SPONSOR ELECTION

**PLEASE TAKE NOTICE** that, pursuant to Article V.B of the *Debtors' Modified Third Amended Joint Plan of Reorganization* (the "Plan"), SC-GA 2018 Partners, LLC (the "Plan Sponsor") intends to consummate the transactions contemplated by the Sale Order (as that term is defined in the Plan) and that certain Asset Purchase Agreement, dated as of August 13, 2018, between the Plan Sponsor and the Debtors, which is annexed as an exhibit to the Sale Order.

Dated:  December 31, 2018 	Respectfully submitted,

	**NELIGAN LLP**

	 *Patrick J. Neligan, Jr.*
	Patrick J. Neligan, Jr.
	Texas State Bar No. 1486600
	pneligan@neliganlaw.com
	James P. Muenker
	Texas State Bar No. 24002659
	jmuenker@neliganlaw.com
	325 N. St. Paul, Suite 3600
	Dallas, Texas 75201
	Telephone: (214) 840-5300
	Facsimile: (214) 840-5301

	**COUNSEL FOR SC-GA 2018 PARTNERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of December 2018 a true and correct copy of the foregoing was served via this Court's ECF notification system.

	 *Patrick J. Neligan, Jr.*
	Patrick J. Neligan, Jr.

88437v.1