

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 7, 2019**

**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*, | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | |

**ORDER DENYING MOTION FOR RECONSIDERATION OF**
**ORDER GRANTING DEBTORS' MOTION TO APPROVE**
**PLAN MODIFICATIONS UNDER BANKRUPTCY RULE 3019**

On December 11, 2018, OHI Asset RO, LLC and certain affiliates (collectively "Omega") filed their *Motion for Reconsideration of Order Granting Debtors' Motion to Approve Plan Modifications Under Bankruptcy Rule 3019* [Docket No. 1249] (the "Motion to Reconsider"). The arguments raised in the Motion to Reconsider could have been made at the time of trial, but most of them were not. In addition, the Court has carefully considered the Motion to Reconsider, the Debtors' preliminary[1] and supplemental[2] objections to the motion to

---

[1] Docket No. 1257.

[2] Docket No. 1312.

2

Reconsider, and Omega's replies[3] to the Debtors' objections.  Considering the arguments on their merits, the Court believes the Debtors have the better arguments, as they did at trial.

**IT IS THEREFORE ORDERED** that the Motion to Reconsider is **DENIED**.

# # # END OF ORDER # # #

---

[3] Docket Nos. 1298 and 1327.