

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 9, 2019**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4 West Holdings, Inc. *et al.*,[1] | § | Case No. 18-30777 (HDH) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**SECOND STIPULATION AND AGREED ORDER REGARDING**
**DEBTOR-IN-POSSESSION FINANCING AND USE OF CASH COLLATERAL**

The above-captioned debtors (collectively, the "Debtors") and each of the undersigned parties hereto, by and through their respective counsel, hereby enter into this second stipulation and agreed order (the "Second Stipulation and Agreed Order"), and stipulate and agree as follows:

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Exhibit A**.

WHEREAS, on March 6, 2018 (the "Petition Date"), the Debtors commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, on March 16, 2018, the Office of the U.S. Trustee for the Northern District of Texas appointed the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, on May 14, 2018, the Court entered the *Final Order: (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use of Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; and (II) Granting Related Relief* [Docket No. 376] (the "Final DIP Order")[2] approving and authorizing, among other things, the DIP Documents with OHI Asset RO, LLC (and its affiliates, as appropriate, the "DIP Lender") and use of Cash Collateral.

WHEREAS, by letter dated July 23, 2018 (the "Termination Letter"), the DIP Lender (a) declared that one or more alleged events of default had occurred under the Final DIP Order and the DIP Credit Agreement, (b) declared the unpaid principal amount of all outstanding DIP Loans, all interest accrued and unpaid thereon, and all other DIP Obligations to be immediately due and payable, (c) terminated any further commitment to extend credit to the Debtors to the extent any such commitment remained under the DIP Facility, (d) terminated the DIP Facility and the DIP Documents as to any future liability or obligation of the DIP Lender, but without affecting any of the DIP Liens or the DIP Obligations, and (e) restricted the Debtors' use of Cash Collateral solely to payment of those amounts contained in an Approved Budget approved by the DIP Lender in its sole discretion;

[2] Capitalized terms not defined herein shall have their meaning set forth in the Final DIP Order.

WHEREAS, by letter dated July 27, 2018, the Debtors disputed that an event of default had occurred under the Final DIP Order and the DIP Credit Agreement;

WHEREAS, the Committee also disputed that an event of default had occurred under the Final DIP Order and the DIP Credit Agreement;

WHEREAS, on August 9, 2018, the Court approved the *Stipulation and Agreed Order regarding Debtor-In-Possession Financing and Use of Cash Collateral* [Docket No. 810] by and among the Debtors, the DIP Lender, and the Committee (collectively, the "Parties");

WHEREAS, on October 14, 2018, the DIP Lender approved a new Approved Budget (as such term is defined in the DIP Documents) subject to certain specified conditions;

WHEREAS, the Debtors and the DIP Lender have agreed to the Debtors' continued use of Cash Collateral in accordance with the Approved Budget attached hereto as **Exhibit B** and subject to the terms and conditions contained herein;

WHEREAS, the Debtors and the DIP Lender seek to execute an *Amendment Extending "Maturity Date" of Senior Secured Superpriority Debtor-in-Possession Credit Agreement*, *Term Loan Note, and Revolving Credit Note*, which, among other things, extends the "Maturity Date" under certain DIP Documents through and including January 15, 2019; and

WHEREAS, the Parties continue to reserve all rights and claims with respect to any alleged event of default under the Final DIP Order and the DIP Documents.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AND, UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS SECOND STIPULATION AND AGREED ORDER, ORDERED THAT**:

1. To the extent applicable, the Remedies Notice Period under Paragraph 28 of the Final DIP Order is further extended to the earlier of (a) 5:00 pm (Eastern time) on January 15,

2019, and (b) the occurrence of a default after the date of the Termination Letter under the DIP Documents, the Final DIP Order, or this Second Stipulation and Agreed Order, if not cured by the deadline to do so under the applicable provisions of the DIP Documents, the Final DIP Order, or this Second Stipulation and Agreed Order (such period, the "Extended Period"). The Debtors and the Committee reserve the right to contest the assertion by the DIP Lender of the occurrence a default after the date of the Termination Letter under the DIP Documents, the Final DIP Order, or this Second Stipulation and Agreed Order.

2. Notwithstanding the provisions contained in the second sentence of Paragraph 5 of the Final DIP Order, absent further order of the Court, the Debtors are authorized to continue to use Cash Collateral in accordance with the latest Approved Budget annexed as **Exhibit B** hereto (as may be subsequently modified upon written agreement of the Debtors and the DIP Lender, the "Latest Approved Budget") and subject to the terms and conditions contained herein through the earliest of (a) the occurrence of the "Effective Date" of a Chapter 11 plan for the Debtors confirmed by the Court, (b) the expiration of the Latest Approved Budget, and (c) the occurrence of a default after the date of the Termination Letter under the DIP Documents, the Final DIP Order, or this Second Stipulation and Agreed Order, if not cured by the deadline to do so under the applicable provisions of the DIP Documents, the Final DIP Order, or this Second Stipulation and Agreed Order. Without limiting the foregoing, within three business days of the entry of this Second Stipulation and Agreed Order, the Debtors shall provide to the DIP Lender and the Committee an itemization of the (i) real property taxes set forth on the Latest Approved Budget, and (ii) professional fees and expenses set forth on the Latest Approved Budget.

3. Upon, or within two business days of, the closing of the sale of the Restructuring Portfolio to SC-GA 2018 Partners, LLC, the Debtors shall be authorized and directed to pay

from the sale proceeds: (i) the DIP Obligations, in full, in accordance with the Final DIP Order and the DIP Documents (including, without limitation, all DIP interest, at the default rate, that has been invoiced to date and not been paid, and subject to the terms of the Final DIP Order, all payments required by Paragraph 14(b)(i) and (ii) of the Final DIP Order), each in the amount set forth in the payoff letter delivered by the DIP Lender to the Debtors, (ii) the undisputed fees and expenses owing to Houlihan Lokey Capital, Inc. under its engagement letter with the Debtors, and (iii) all unpaid real property taxes accrued through the closing date. All payments made pursuant to this paragraph shall be on an interim basis, and without limiting the foregoing, the Debtors' interim payment of the DIP Obligations from the foregoing sale proceeds shall have no impact on the arguments or positions of the Debtors, the DIP Lender (or its affiliates), and the Committee in respect of confirmation of the *Debtors' Modified Third Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* (or any prior versions thereof), including the use or application of the "Plan Sponsor Consideration" (as defined therein) or in respect to the Committee's *Motion Pursuant to Fed. R. Bankr. P. 2004 For Relief From Certain Provisions Of The Final DIP Financing Order* [Docket No. 789].

4. Nothing contained in this Second Stipulation and Agreed Order or in the Latest Approved Budget shall increase the Carve-Out amount or rescind, waive, or modify the Carve-Out Trigger Notice contained in the Termination Letter.

5. Other than as to items agreed to herein, the Parties reserve all rights and remedies as to all other matters, including without limitation, the Committee's *Motion Pursuant to Fed. R. Bankr. P. 2004 For Relief From Certain Provisions Of The Final DIP Financing Order* [Docket No. 789].

6. Absent an order of the Court or the occurrence of a default after the date of the Termination Letter under the DIP Documents, the Final Order, or this Second Stipulation and Agreed Order (and the giving of notice by the DIP Lender thereof consistent with the DIP Documents and the Final DIP Order), the DIP Lender will not exercise any remedies contained in paragraph 28 of the Final DIP Order. For the avoidance of doubt, (a) the automatic stay shall not terminate during the Extended Period absent further order of the Court, and (b) the limitation on the exercise of remedies contained in the previous sentence shall neither preclude the DIP Lender or any other party from filing any motion with the Court nor affect any of the declarations, terminations, and restrictions set forth in the Termination Letter. Except as otherwise provided in this Second Stipulation and Agreed Order, all Parties' rights, claims and defenses in connection with the Termination Letter, the DIP Documents, and the Final DIP Order are hereby preserved.

7. Except as set forth above or as otherwise provided in the DIP Documents or the Final DIP Order, all other terms of the DIP Documents, the Final DIP Order, and the Termination Letter continue to control unless the DIP Lender, the Debtors, or the Committee obtain relief therefrom, including all reporting requirements with which the Debtors must comply.

8. Repayment of the DIP Obligations shall not affect any provisions in the Final DIP Order that relate to the Approved Budget, the Latest Approved Budget, the Cash Collateral, the Prepetition Collateral, or the Prepetition Secured Parties; provided, however, that it is the intention of the parties that nothing contained in the foregoing sentence shall act to expand or contract any party's rights or obligations otherwise contained in the Final DIP Order, and any

effect of repayment of the DIP Obligations as contemplated under the Final DIP Order shall continue to be governed thereunder.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief approved in this Second Stipulation and Agreed Order.

10.     The terms and conditions of this Second Stipulation and Agreed Order are immediately effective and enforceable upon its entry.

11.     This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Second Stipulation and Agreed Order.

**# # # END OF ORDER # # #**

**Dated January 9, 2019**

**Agreed by:**

**DLA PIPER LLP (US)**

*/s/ Andrew Zollinger*
Andrew Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
Email: andrew.zollinger@dlapiper.com

-and-

Thomas R. Califano (admitted *pro hac vice*)
Dienna Corrado (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: thomas.califano@dlapiper.com
dienna.corrado@dlapiper.com

-and-

Daniel M. Simon (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 736-7800
Facsimile: (404) 682-7800
Email: daniel.simon@dlapiper.com

*Counsel for the Debtors*

**PEPPER HAMILTON LLP**

*/s/ Francis J. Lawall*
Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
Philadelphia, PA 19103
Email: lawallf@pepperlaw.com

-and-

Donald J. Detweiler (admitted *pro hac vice*)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
E-mail:detweild@pepperlaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Ryan E. Manns
2200 Ross Avenue
Suite 3600
Dallas, TX 75201-7932
Email:louis.strubeck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

*Counsel for the Committee*

**BRYAN CAVE LEIGHTON PAISNER LLP**

**Bryan Cave Leighton Paisner LLP**

By: */s/  Michael Cooley*
Keith Aurzada (TX Bar No. 24009880)
Michael Cooley (TX Bar No. 24034388)
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
T: 214.721.8000
F: 214.721.8100
keith.aurzada@bclplaw.com
michael.cooley@bclplaw.com

– and –

David Unseth (admitted *pro hac vice*)
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

-and –

Mark Duedall (admitted pro hac vice)
Leah Fiorenza McNeill (admitted pro hac vice)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for OHI Asset RO, LLC, and certain affiliates*

**Exhibit A**
**(Sorted Alphabetically)**

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1. | 4 West Holdings, Inc. | 18-30777 | 9732 |
| 2. | 4 West Investors, LLC | 18-30778 | 6021 |
| 3. | Aiken RE, LLC | 18-30850 | 1814 |
| 4. | Ambassador Rehabilitation and Healthcare Center, LLC | 18-30879 | 1636 |
| 5. | Anchor Rehabilitation and Healthcare Center of Aiken, LLC | 18-30868 | 9448 |
| 6. | Anderson RE TX, LLC | 18-30774 | 3630 |
| 7. | Anderson RE, LLC | 18-30861 | 1806 |
| 8. | Ark II Real Estate, LLC | 18-30840 | 3628 |
| 9. | Ark III Real Estate, LLC | 18-30847 | 0121 |
| 10. | Ark Mississippi Holding Company, LLC | 18-30788 | 3765 |
| 11. | Ark Real Estate, LLC | 18-30809 | 6014 |
| 12. | Ark South Carolina Holding Company, LLC | 18-30856 | 0002 |
| 13. | Ark Texas Holding Company, LLC | 18-30806 | 3739 |
| 14. | Battle Ground RE, LLC | 18-30825 | 1818 |
| 15. | Brushy Creek Rehabilitation and Healthcare Center, LLC | 18-30884 | 3292 |
| 16. | Bryan RE, LLC | 18-30775 | 3633 |
| 17. | Burleson RE, LLC | 18-30759 | 1777 |
| 18. | Capstone Rehabilitation and Healthcare Center, LLC | 18-30878 | 7871 |
| 19. | Charlottesville Pointe Rehabilitation and Healthcare Center, LLC | 18-30801 | 4467 |
| 20. | Charlottesville RE, LLC | 18-30829 | 0836 |
| 21. | Cleveland RE, LLC | 18-30811 | 6013 |
| 22. | Clinton RE, LLC | 18-30812 | 8109 |
| 23. | Cobblestone Rehabilitation and Healthcare Center, LLC | 18-30869 | 1612 |
| 24. | Collierville RE, LLC | 18-30841 | 8845 |
| 25. | Columbia RE, LLC | 18-30815 | 8838 |
| 26. | Columbia Rehabilitation and Healthcare Center, LLC | 18-30795 | 6772 |
| 27. | Comfort RE, LLC | 18-30764 | 1902 |
| 28. | Connersville RE, LLC | 18-30833 | 9824 |
| 29. | Corinth RE, LLC | 18-30814 | 1777 |
| 30. | Cornerstone Rehabilitation and Healthcare Center, LLC | 18-30800 | 8841 |
| 31. | Crystal Rehabilitation and Healthcare Center, LLC | 18-30807 | 8842 |
| 32. | Delta Rehabilitation and Healthcare Center of Cleveland, LLC | 18-30792 | 7212 |
| 33. | Descending Dove, LLC | 18-30842 | 8081 |
| 34. | Diboll RE, LLC | 18-30766 | 1939 |
| 35. | Easley RE II, LLC | 18-30857 | 1819 |
| 36. | Easley RE, LLC | 18-30854 | 1817 |
| 37. | Edgefield RE, LLC | 18-30836 | 3574 |
| 38. | Farmville RE, LLC | 18-30831 | 3442 |
| 39. | Farmville Rehabilitation and Healthcare Center, LLC | 18-30804 | 4464 |
| 40. | Fleetwood Rehabilitation and Healthcare Center, LLC | 18-30888 | 9615 |
| 41. | Fortress Health & Rehab of Rock Prairie, LLC | 18-30765 | 1314 |
| 42. | Granbury RE, LLC | 18-30769 | 1999 |

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 43. | Great Oaks RE, LLC | 18-30819 | 1731 |
| 44. | Great Oaks Rehabilitation and Healthcare Center, LLC | 18-30780 | 4357 |
| 45. | Greenville RE II, LLC | 18-30846 | 1798 |
| 46. | Greenville RE, LLC | 18-30843 | 1797 |
| 47. | Greenville Rehabilitation and Healthcare Center, LLC | 18-30882 | 3920 |
| 48. | Greenwood RE, LLC | 18-30816 | 1654 |
| 49. | Greer RE, LLC | 18-30839 | 1795 |
| 50. | Greer Rehabilitation and Healthcare Center, LLC | 18-30859 | 9462 |
| 51. | Grenada RE, LLC | 18-30821 | 1623 |
| 52. | Grenada Rehabilitation and Healthcare Center, LLC | 18-30786 | 8843 |
| 53. | Heritage Park Rehabilitation and Healthcare Center, LLC | 18-30787 | 9055 |
| 54. | Hillsville RE, LLC | 18-30834 | 2195 |
| 55. | Hillsville Rehabilitation and Healthcare Center, LLC | 18-30808 | 4463 |
| 56. | Holly Lane Rehabilitation and Healthcare Center, LLC | 18-30797 | 9103 |
| 57. | Holly RE, LLC | 18-30830 | 1816 |
| 58. | Holly Springs RE, LLC | 18-30823 | 1559 |
| 59. | Holly Springs Rehabilitation and Healthcare Center, LLC | 18-30789 | 6524 |
| 60. | Indianola RE, LLC | 18-30822 | 6022 |
| 61. | Indianola Rehabilitation and Healthcare Center, LLC | 18-30779 | 7203 |
| 62. | Italy RE, LLC | 18-30761 | 2086 |
| 63. | Iva RE, LLC | 18-30852 | 1801 |
| 64. | Iva Rehabilitation and Healthcare Center, LLC | 18-30874 | 0384 |
| 65. | Johns Island Rehabilitation and Healthcare Center, LLC | 18-30891 | 4898 |
| 66. | Joy of Bryan, LLC | 18-30837 | 4072 |
| 67. | Lampstand Health & Rehab of Bryan, LLC | 18-30767 | 2002 |
| 68. | Linley Park Rehabilitation and Healthcare Center, LLC | 18-30890 | 0525 |
| 69. | Macon Rehabilitation and Healthcare Center, LLC | 18-30880 | 9644 |
| 70. | Magnified Health & Rehab of Anderson, LLC | 18-30773 | 9060 |
| 71. | Manna Rehabilitation and Healthcare Center, LLC | 18-30863 | 9441 |
| 72. | Marietta RE, LLC | 18-30867 | 1809 |
| 73. | McCormick RE, LLC | 18-30864 | 1808 |
| 74. | McCormick Rehabilitation and Healthcare Center, LLC | 18-30873 | 3193 |
| 75. | Memphis RE, LLC | 18-30844 | 8846 |
| 76. | Midland RE, LLC | 18-30832 | 5138 |
| 77. | Midland Rehabilitation and Healthcare Center, LLC | 18-30799 | 9679 |
| 78. | Moultrie RE, LLC | 18-30848 | 9943 |
| 79. | Mountain View Rehabilitation and Healthcare Center, LLC | 18-30798 | 9227 |
| 80. | Natchez RE, LLC | 18-30818 | 6019 |
| 81. | Natchez Rehabilitation and Healthcare Center, LLC | 18-30803 | 6773 |
| 82. | New Ark Master Tenant, LLC | 18-30885 | 7893 |
| 83. | New Ark Operator Holdings, LLC | 18-30893 | 7623 |
| 84. | New Redeemer Health & Rehab of Pickens, LLC | 18-30881 | 5321 |
| 85. | Olive Leaf Holding Company, LLC | 18-30845 | 0129 |
| 86. | Olive Leaf, LLC | 18-30866 | 0001 |
| 87. | Omega Health & Rehab of Greenville, LLC | 18-30870 | 9461 |
| 88. | Orianna Health Systems, LLC | 18-30785 | 5160 |
| 89. | Orianna Holding Company, LLC | 18-30784 | 1323 |

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 90. | Orianna Investment, Inc. | 18-30781 | 1141 |
| 91. | Orianna SC Operator Holdings, Inc. | 18-30871 | 0383 |
| 92. | Palladium Hospice and Palliative Care, LLC | 18-30887 | 1873 |
| 93. | Patewood Rehabilitation and Healthcare Center, LLC | 18-30865 | 9457 |
| 94. | Picayune RE, LLC | 18-30827 | 9749 |
| 95. | Picayune Rehabilitation and Healthcare Center, LLC | 18-30793 | 9183 |
| 96. | Pickens RE II, LLC | 18-30862 | 1823 |
| 97. | Pickens RE, LLC | 18-30860 | 1821 |
| 98. | Piedmont RE, LLC | 18-30849 | 1800 |
| 99. | Poinsett Rehabilitation and Healthcare Center, LLC | 18-30876 | 0713 |
| 100. | Poplar Oaks Rehabilitation and Healthcare Center, LLC | 18-30813 | 4771 |
| 101. | Portland RE, LLC | 18-30826 | 1822 |
| 102. | Provo RE, LLC | 18-30835 | 3568 |
| 103. | Rainbow Rehabilitation and Healthcare Center, LLC | 18-30802 | 4772 |
| 104. | River Falls Rehabilitation and Healthcare Center, LLC | 18-30886 | 9788 |
| 105. | Riverside Rehabilitation and Healthcare Center, LLC | 18-30883 | 3951 |
| 106. | Rock Prairie RE, LLC | 18-30772 | 3636 |
| 107. | Rocky Mount RE, LLC | 18-30838 | 5904 |
| 108. | Rocky Mount Rehabilitation and Healthcare Center, LLC | 18-30810 | 4466 |
| 109. | Roy RE, LLC | 18-30817 | 5142 |
| 110. | Scepter Rehabilitation and Healthcare Center, LLC | 18-30872 | 1630 |
| 111. | Scepter Senior Living Center, LLC | 18-30875 | 1621 |
| 112. | Simpsonville RE II, LLC | 18-30858 | 1804 |
| 113. | Simpsonville RE, LLC | 18-30855 | 1802 |
| 114. | Simpsonville Rehabilitation and Healthcare Center, LLC | 18-30889 | 3564 |
| 115. | Snellville RE, LLC | 18-30851 | 9933 |
| 116. | Southern Oaks Rehabilitation and Healthcare Center, LLC | 18-30877 | 1141 |
| 117. | The Bluffs Rehabilitation and Healthcare Center, LLC | 18-30796 | 9314 |
| 118. | The Ridge Rehabilitation and Healthcare Center, LLC | 18-30892 | 1456 |
| 119. | Trinity Mission Health & Rehab of Connersville, LLC | 18-30805 | 8787 |
| 120. | Trinity Mission of Burleson, LLC | 18-30762 | 2585 |
| 121. | Trinity Mission of Comfort, LLC | 18-30763 | 2573 |
| 122. | Trinity Mission of Diboll, LLC | 18-30768 | 2581 |
| 123. | Trinity Mission of Granbury, LLC | 18-30771 | 2582 |
| 124. | Trinity Mission of Italy, LLC | 18-30760 | 2576 |
| 125. | Trinity Mission of Winnsboro, LLC | 18-30776 | 2583 |
| 126. | Utah Valley Rehabilitation and Healthcare Center, LLC | 18-30782 | 9661 |
| 127. | Vicksburg RE, LLC | 18-30828 | 0150 |
| 128. | Victory Rehabilitation and Healthcare Center, LLC | 18-30794 | 9485 |
| 129. | Wadesboro RE, LLC | 18-30853 | 9929 |
| 130. | Wide Horizons RE, LLC | 18-30820 | 5144 |
| 131. | Wide Horizons Residential Care Facility, LLC | 18-30790 | 9387 |
| 132. | Winnsboro RE, LLC | 18-30770 | 2134 |
| 133. | Woodlands Rehabilitation and Healthcare Center, LLC | 18-30791 | 9127 |
| 134. | Yazoo City RE, LLC | 18-30824 | 8844 |
| 135. | Yazoo City Rehabilitation and Healthcare Center, LLC | 18-30783 | 7216 |

**Exhibit B**

**Approved Budget**

# 4 West Holdings, Inc
## 13 Week Cash Collateral Budget 11.30.2018

| | December 2018 | | | | January 2019 | | | | | February 2019 | | | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1-Dec-18 7-Dec-18 | 8-Dec-18 14-Dec-18 | 15-Dec-18 21-Dec-18 | 22-Dec-18 28-Dec-18 | 29-Dec-18 4-Jan-19 | 5-Jan-19 11-Jan-19 | 12-Jan-19 18-Jan-19 | 19-Jan-19 25-Jan-19 | 26-Jan-19 1-Feb-19 | 2-Feb-19 8-Feb-19 | 9-Feb-19 15-Feb-19 | 16-Feb-19 22-Feb-19 | 23-Feb-19 1-Mar-19 | 1-Dec-18 1-Mar-19 |
| **Beginning Book Cash Balance** | 8,439.5 | 4,943.6 | 1,783.1 | 8,621.4 | 6,573.7 | 118,119.8 | 117,773.8 | 126,433.9 | 128,244.7 | 127,540.9 | 127,990.9 | 130,693.0 | 131,521.1 | 8,439.5 |
| **Total Operating Cash Inflows** | 1,825.1 | 1,547.0 | 11,797.2 | 1,345.4 | 848.9 | 1,219.0 | 9,618.1 | 3,566.0 | 1,088.9 | 800.0 | 3,004.0 | 1,121.0 | 374.0 | 38,154.6 |
| Sales Proceeds | - | - | - | - | 146,000.0 | - | - | - | - | - | - | - | - | 146,000.0 |
| DIP Activity | - | - | - | - | (25,000.0) | - | - | - | - | - | - | - | - | (25,000.0) |
| **Cash Received** | 1,825.1 | 1,547.0 | 11,797.2 | 1,345.4 | 121,848.9 | 1,219.0 | 9,618.1 | 3,566.0 | 1,088.9 | 800.0 | 3,004.0 | 1,121.0 | 374.0 | 159,154.6 |
| **Employee Costs** | 2,165.0 | 1,582.5 | 2,765.0 | 1,215.0 | 2,161.0 | 1,077.0 | 395.0 | 172.0 | 183.0 | 167.0 | 147.7 | 115.0 | 130.0 | 12,275.2 |
| **Operating Cash Outflows:** | | | | | | | | | | | | | | |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Halcyon (therapy) | 395.0 | 375.0 | 375.0 | 375.0 | 535.7 | - | - | - | - | - | - | - | - | 2,055.7 |
| Laundry/Housekeeping/Dietary | 335.0 | 335.0 | 335.0 | 335.0 | 204.0 | - | - | - | - | - | - | - | - | 1,544.0 |
| Provider Fee | - | - | - | 65.0 | - | - | - | - | - | - | - | - | - | 65.0 |
| Pharmacy | - | - | - | 470.0 | - | - | - | - | 466.7 | - | - | - | - | 936.7 |
| Insurance | 1.5 | - | 27.5 | - | - | - | - | - | - | - | - | - | - | 29.0 |
| LOC Interest and Bank Fees | 332.9 | 275.1 | 17.0 | - | 350.7 | - | - | 23.2 | 5.0 | - | 6.2 | 17.0 | 3.0 | 1,030.0 |
| Medical Supplies & Services | 216.8 | 141.8 | 221.8 | 160.8 | 98.0 | 88.0 | 148.0 | 21.0 | 35.0 | 3.0 | 3.0 | 3.0 | 3.0 | 1,143.0 |
| Utilities | 85.0 | 85.0 | 85.0 | 98.5 | 71.5 | 75.0 | 75.0 | 75.0 | 75.0 | 50.0 | 15.0 | 15.0 | 15.0 | 820.0 |
| Share Services | 1,225.7 | - | - | - | 600.0 | - | - | - | 400.0 | - | - | - | 300.0 | 2,525.7 |
| Misc. & Local Vendors | 285.0 | 285.0 | 350.0 | 285.0 | 285.0 | 275.0 | 340.0 | 275.0 | 255.0 | 130.0 | 130.0 | 75.0 | 50.0 | 3,020.0 |
| **Total Operating Cash Outflows** | 2,876.9 | 1,496.8 | 1,411.3 | 1,789.3 | 2,144.9 | 438.0 | 563.0 | 394.2 | 1,236.7 | 183.0 | 154.2 | 110.0 | 371.0 | 13,169.2 |
| **Non Operating Cash Outflows:** | | | | | | | | | | | | | | |
| Taxes | 260.6 | - | - | 111.7 | 2,603.2 | - | - | - | 373.0 | - | - | 67.9 | - | 3,416.5 |
| Medicaid / Medicare Payback / ERP | 18.6 | - | - | - | - | - | - | - | - | - | - | - | - | 18.6 |
| **Total Non Operating Cash Outflows** | 279.2 | - | - | 111.7 | 2,603.2 | - | - | - | 373.0 | - | - | 67.9 | - | 3,435.1 |
| **Professional Fee Payments** | | | | | | | | | | | | | | |
| Professional Fees | - | 1,543.6 | 717.6 | 212.1 | 3,393.7 | 40.0 | - | 706.1 | - | - | - | - | - | 6,613.1 |
| Professional Expenses | - | 84.6 | 65.0 | 65.0 | - | 10.0 | - | 162.5 | - | - | - | - | - | 387.1 |
| US Trustee & Filing Fees | - | - | - | - | - | - | - | 320.4 | - | - | - | - | - | 320.4 |
| **Total Professional Fee Payments** | - | 1,628.2 | 782.6 | 277.1 | 3,393.7 | 50.0 | - | 1,189.0 | - | - | - | - | - | 7,320.5 |
| **Total Cash Outflows Flow** | 5,321.1 | 4,707.5 | 4,958.8 | 3,393.1 | 10,302.8 | 1,565.0 | 958.0 | 1,755.2 | 1,792.7 | 350.0 | 301.9 | 292.9 | 501.0 | 36,200.0 |
| **Cash Generated / (Needed)** | (3,496.0) | (3,160.5) | 6,838.4 | (2,047.7) | 111,546.1 | (346.0) | 8,660.1 | 1,810.8 | (703.8) | 450.0 | 2,702.1 | 828.1 | (127.0) | 122,954.6 |
| Beginning Book Cash Balance | 8,439.5 | 4,943.6 | 1,783.1 | 8,621.4 | 6,573.7 | 118,119.8 | 117,773.8 | 126,433.9 | 128,244.7 | 127,540.9 | 127,990.9 | 130,693.0 | 131,521.1 | 8,439.5 |
| Change in Cash | (3,496.0) | (3,160.5) | 6,838.4 | (2,047.7) | 111,546.1 | (346.0) | 8,660.1 | 1,810.8 | (703.8) | 450.0 | 2,702.1 | 828.1 | (127.0) | 122,954.6 |
| **Ending Book Cash Balance** | 4,943.6 | 1,783.1 | 8,621.4 | 6,573.7 | 118,119.8 | 117,773.8 | 126,433.9 | 128,244.7 | 127,540.9 | 127,990.9 | 130,693.0 | 131,521.1 | 131,394.1 | 131,394.1 |
| **DIP Loan Rollforward** | | | | | | | | | | | | | | |
| **Opening Loan Balance** | 25,000.0 | 25,000.0 | 25,000.0 | 25,000.0 | 25,000.0 | - | - | - | - | - | - | - | - | 25,000.0 |
| Term Loan Activity | - | - | - | - | (14,234.4) | - | - | - | - | - | - | - | - | (14,234.4) |
| Revolver Activity | - | - | - | - | (10,765.6) | - | - | - | - | - | - | - | - | (10,765.6) |
| **DIP Loan Balance** | 25,000.0 | 25,000.0 | 25,000.0 | 25,000.0 | - | - | - | - | - | - | - | - | - | - |